# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHARLES BUTLER

VERSUS

TIM BYRD, CLIFFORD BODINE,
GARY SHOTWELL, PAUL M. TOCE,
RANDY LAVESPERE, AND DARRELL
VANNOY

NO.  2020 CW 0644

**OCTOBER 12, 2020**

---

In Re:    Charles Butler, applying for supervisory writs, 20th
          Judicial District Court, Parish of West Feliciana, No.
          23026.

---

**BEFORE:    HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

    **WRIT DENIED.**

                        **TMH**
                        **MRT**
                        **EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT